UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANYA MARIE SEMMIG,

    Plaintiff,

v.                                           Case No. 8:23-cv-2052-KKM-NHA

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

On July 1, 2024, the United States Magistrate Judge entered a Report and Recommendation (Doc. 27), recommending affirmance of the Commissioner's decision to deny Plaintiff Tanya Semmig's claim for supplemental security income ("SSI"). The fourteen-day deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, the Court adopts the Report and Recommendation for the reasons stated therein and affirms the Commissioner's decision.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection

to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, the Court adopts the Report and Recommendation. The Commissioner's decision to deny Semmig's claim for SSI is affirmed.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 27) is **ADOPTED** and made a part of this Order for all purposes.

2. The decision of the Commissioner is **AFFIRMED**.

3. The Clerk is directed to **ENTER** judgment in the Defendant's favor, terminate any pending motions, and close the case.

**ORDERED** in Tampa, Florida, on September 10, 2024.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE[*]

---

[*] Signed by Judge Steven D. Merryday to expedite the resolution of this motion. This case remains assigned to Judge Kathryn Kimball Mizelle.